JS-6

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ELLEN M. BRONCHETTI, Cal. Bar No. 226975
ebronchetti@sheppardmullin.com
BABAK YOUSEFZADEH, Cal. Bar No. 235974
byousefzadeh@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendant
SWIFT TRANSPORTATION CO. OF AZ, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD A. OCAB,<br><br>           Plaintiff,<br><br>   v.<br><br>SWIFT TRANSPORTATION CO., INC.,<br><br>           Defendant. | Case No. CV-10-6089-VBF (AJWx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

     Based on the stipulation between the Parties filed on August 10, 2011 (dkt. 22),

     IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice, and without costs awarded to either party.

     **IT IS SO ORDERED**.

Dated this 12th day of August, 2011.   _/s/ Valerie Baker Fairbank_
                                                  Hon. Judge Valerie Baker Fairbank
                                                  U.S. District Court, Northern District of Cal.